# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-7154                                          September Term, 2005

05cv01720

Filed On: **UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT** FILED DEC 1 9 2005 CLERK

In re: Harold E. McCoy,
      Petitioner

### ORDER

By order filed November 1, 2005, petitioner was directed to either pay the $250 docketing fee or file a motion to proceed on appeal *in forma pauperis* by December 1, 2005. To date, petitioner has not complied with the Court's November 1, 2005, order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

FOR THE COURT:
Mark J. Langer, Clerk

BY: Linda Jones
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk