# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-7154**                            **September Term, 2005**



05cv01720

In re: Harold E. McCoy,
        Petitioner

Filed On:

**BEFORE:** Ginsburg, Chief Judge, and Sentelle and Griffith, Circuit Judges

### ORDER

Upon consideration of the petition for writ of mandamus and the supplement thereto, the motion for leave to proceed in forma pauperis, and the motion for appointment of counsel, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the motion for appointment of counsel be denied. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. The petition was filed after all the papers filed in the district court were sent to the United States District Court for the Northern District of Indiana, and no electronic version of the pleadings is available. In these circumstances, the physical transfer of the original papers to another district where jurisdiction would lie deprives this court of jurisdiction to review the transfer. See Starnes v. McGuire, 512 F.2d 918, 924 (D.C. Cir. 1974) (en banc).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk